UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD JOHN SCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA and SILVERLAKE RESORT, LLC,<br><br>　　　　Defendants. | No.  1:20-cv-01737-NONE-EPG<br><br>ORDER APPROVING STIPULATION TO FILE FIRST AMENDED ANSWER<br><br>(ECF No. 36) |

On April 9, 2021, the parties filed a stipulation and proposed order granting leave to Defendant United States of America to file a first amended answer. (ECF No. 36). Finding good cause, the Court approves the stipulation.

Accordingly, IT IS HEREBY ORDERED that Defendant United States of America has leave to file Exhibit 1 to the stipulation and proposed order (ECF No. 36-1) as a first amended answer.

IT IS SO ORDERED.

　　Dated:  **April 9, 2021**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1