1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11 | HAROLD JOHN SCHELL,  | Case No. 1:20-cv-01737-NONE-EPG
12 | Plaintiff,
13 | v. | ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER
14 | UNITED STATES OF AMERICA, et al.,
15 | Defendants. | (ECF No. 57)

This matter is before the Court on the parties' joint stipulation to amend the scheduling order. (ECF No. 57). As grounds, the parties state that good cause exists to amend the scheduling order "because counsel for Plaintiff Harold John Schell has a trial during the last two weeks of October 2021 and thus is unable to complete the depositions of certain witnesses by the non-expert liability discovery cutoff, given those witnesses' limited availability before his trial begins. Other deadlines would be continued commensurately, with some minor adjustments that take into account the week of Thanksgiving and the winter holiday season." (*Id.* at 2).

Finding good cause, IT IS ORDERED that the joint stipulation to amend the scheduling order (ECF No. 57) is granted. The following deadlines from the scheduling order (ECF No. 40) are amended; however, all unamended provisions of the scheduling order remain in effect:

///

///

1

| Event | Original Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Non-expert liability discovery cutoff | October 29, 2021 | November 12, 2021 |
| Liability expert disclosures | November 12, 2021 | December 3, 2021 |
| Liability rebuttal expert disclosures | December 15, 2021 | January 7, 2022 |
| Expert liability discovery cutoff | February 11, 2022 | February 25, 2022 |
| Dispositive motion filing deadline regarding liability | March 11, 2022 | March 25, 2022 |

IT IS SO ORDERED.

Dated:  **October 8, 2021**                    /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE