PHILLIP A. TALBERT
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

**Counsel for Remaining Parties
Listed on Signature Page**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HAROLD JOHN SCHELL, | No. 1:20-cv-01737-NONE-EPG |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR AMENDING SCHEDULING ORDERS (ECF 40 and 58)** |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Defendants. | |

**IT IS HEREBY STIPULATED**, by and among the parties and subject to Court approval, that the Scheduling Order dated April 30, 2021 (ECF 40) and the Amended Scheduling Order dated October 8, 2021 (ECF 58) shall be amended to extend the liability expert disclosure date by four weeks. Other deadlines would be continued commensurately.  The Scheduling Orders shall be amended as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Liability expert disclosures | December 3, 2021 | January 3, 2022 |
| Liability rebuttal expert disclosures | January 7, 2022 | February 4, 2022 |
| Expert liability discovery cutoff | February 25, 2022 | March 25, 2022 |
| Dispositive motion filing deadline | March 25, 2022 | April 22, 2022 |
| Settlement Conference | None | N/A |
| Pretrial Conference | None | N/A |
| Trial | None | N/A |

1

Dated: December 8, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA


OLSON LAW GROUP, APC

By: /s/ *Joel Witzman*   (authorized 12/8/2021)
SONALI OLSON
JOEL WITZMAN

Attorneys for Defendant
SILVER LAKE RESORT, L.L.C.


PARRIS LAW FIRM

By: /s/ *Rene E. Ucros*   (authorized 12/8/2021)
KHAIL A. PARRIS
RENE E. UCROS

Attorneys for Plaintiff
HAROLD JOHN SCHELL

## ORDER

Pursuant to the parties' stipulation (ECF No. 66), IT IS ORDERED that the scheduling orders (ECF Nos. 40, 58) are modified with the new dates proposed above. However, all unamended provisions of the scheduling orders remain in effect.

IT IS SO ORDERED.

Dated: **December 9, 2021**         /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE

2