UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD JOHN SCHELL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | Case No.  1:20-cv-01737-NONE-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SILVER LAKE RESORT, LLC ONLY<br><br>(ECF No. 68) |

On December 17, 2021, the parties filed a stipulation for dismissal with prejudice of Defendant Silver Lake Resort, LLC only under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) in exchange for Defendant Silver Lake Resort, LLC waiving all attorney's fees, costs, and sanctions. (ECF No. 68). Accordingly, in light of the notice, the case against Defendant Silver Lake Resort, LLC has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate Silver Lake Resort, LLC as a defendant in this case.

IT IS SO ORDERED.

Dated:  **December 17, 2021**               /s/ Erica P. Grosjean
                                                                              UNITED STATES MAGISTRATE JUDGE

1