UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harold John Schell,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>    Defendant. | No. 1:20-cv-01737-KJM-EPG<br><br>ORDER |

The court has considered the parties' stipulation and proposed order regarding the briefing and hearing of defendant's Motion in Limine, ECF, No. 97. In consideration of the same, and for good cause shown, IT IS HEREBY ORDERED that:

    1.    Plaintiff will submit their Opposition by October 25, 2024;

    2.    Defendant will submit a Reply, if any, by November 8, 2024; and

    3.    The court will hold a hearing at the court's currently scheduled Law and Motion Calendar on November 21, 2024, at 10:00 a.m. if the court determines a hearing is necessary.

IT IS SO ORDERED.

DATED: October 22, 2024.

_____
UNITED STATES DISTRICT JUDGE