MICHELE BECKWITH
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD JOHN SCHELL, | No. 1:20-cv-01737-KJM-EPG |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On February 14, 2025, Defendant United States of America filed a Motion for Administrative Relief seeking an order continuing the deadline for filing dispositional documents to March 31, 2025. Having considered the Motion, and for good cause shown, IT IS HEREBY ORDERED that the deadline for filing dispositional documents is continued to March 31, 2025.

Dated:  February 21, 2025.

_____
UNITED STATES DISTRICT JUDGE

1